# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Menchaca,<br><br>            Plaintiff,<br><br>v.<br><br>Browns New Credit Bureau Incorporated, et al.,<br><br>           Defendants. | No. CV-14-02209-PHX-DLR<br><br>**ORDER** |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed within 60 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **December 30, 2014** without further leave of Court.

Dated this 30th day of October, 2014.

Douglas L. Rayes
United States District Judge